FILED

11/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0146

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0146

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TYLER FREDERICK ERICKSON,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for a 30-day extension of time to file the reply brief and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellant is is granted an extension of time to and including December 29, 2022, within which to prepare, serve, and file the reply brief.

No further extensions will be granted.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 28 2022